UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STEVEN MATZURA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

    v.

B.A.C. MUSICAL INSTRUMENTS, LLC,

    Defendant.

------------------------------------- x

No.: 1:23-cv-3430

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), STEVEN MATZURA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, B.A.C. MUSICAL INSTRUMENTS, LLC, with prejudice and without fees and costs.

Dated: New York, New York
September 18, 2023

        **GOTTLIEB & ASSOCIATES**

        */s/Michael A. LaBollita, Esq.*

        Michael A. LaBollita, Esq., (ML-9985)
        150 East 18th Street, Suite PHR
        New York, NY 10003
        Phone: (212) 228-9795
        Fax: (212) 982-6284
        Michael@Gottlieb.legal

        *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge