UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STEVEN MATZURA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

v.

B.A.C. MUSICAL INSTRUMENTS, LLC,

    Defendant.

------------------------------------- x

No.: 1:23-cv-3430

**NOTICE OF VOLUNTARY DISMISSAL**

**MEMO ENDORSED**

    Plaintiff(s), STEVEN MATZURA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, B.A.C. MUSICAL INSTRUMENTS, LLC, with prejudice and without fees and costs.

Dated: New York, New York
       September 18, 2023

                                        GOTTLIEB & ASSOCIATES

                                        _/s/Michael A. LaBollita, Esq._

                                        Michael A. LaBollita, Esq., (ML-9985)
                                        150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                        Phone: (212) 228-9795
                                        Fax: (212) 982-6284
                                        Michael@Gottlieb.legal

                                        *Attorneys for Plaintiffs*

Dated: September 19, 2023
       New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE